UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>         v.<br><br>JOSE ACEVEDO -SANCHEZ,<br><br>             Defendant. | No. CR-07-2012-FVS<br><br>ORDER |

**IT IS HEREBY ORDERED:**

The government's oral motion for dismissal of the Indictment is **GRANTED.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___1st___ day of February, 2008.

                               s/ Fred Van Sickle
                                Fred Van Sickle
                          United States District Judge

ORDER- 1